UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SNOWLANDS NETWORK, WINTER WILDLANDS ALLLIANCE, and CENTER FOR BIOLOGICAL DIVERSITY, <br><br> Plaintiffs <br><br> v. <br><br> UNITED STATES FOREST SERVICE, <br><br> Defendant | CASE NO. 2:11-cv-02921-MCE-DAD |

### ORDER ON JOINT MOTION FOR EXTENSION OF TIME

This matter comes before the Court upon the Federal Defendants' and Plaintiffs' Motion for Extension of Time for Joint Status Report and for Defendants' Answer (ECF No. 11).

Good cause appearing therefore, IS HEREBY ORDERED:

1. The Parties' Motion is hereby GRANTED;

2. Defendant's Answer shall be due on July 20, 2012;

3. The Parties' Joint Status Report required in accordance with this Court's Order Requiring Joint Status Report dated November 4, 2011 (ECF No. 7), is due July 20, 2012.

IT IS SO ORDERED.

Dated: May 31, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE