# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

SNOWLANDS NETWORK, WINTER WILDLANDS ALLLIANCE, and CENTER FOR BIOLOGICAL DIVERSITY,

    Plaintiffs

    v.

UNITED STATES FOREST SERVICE,

    Defendant

CASE NO. 2:11-cv-02921-MCE-DAD

**ORDER ON JOINT MOTION TO CONTINUE INTERVENTION HEARING**

This matter comes before the Court upon the Plaintiffs', Federal Defendant's, and Proposed Defendant-Intervenors' Joint Motion to Continue Intervention Hearing. The Parties request moving the hearing from July 12, 2012 to August 23, 2012.

Good cause appearing, IT IS HEREBY ORDERED:

1. The Parties' motion is GRANTED;

2. The hearing on Proposed Defendant-Intervenors' Motion to Intervene is now set for August 23, 2012 at 2:00 pm and Plaintiffs' response brief is due no less than fourteen days prior to that hearing.

IT IS SO ORDERED.

Dated: July 5, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE