UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SNOWLANDS NETWORK, WINTER WILDLANDS ALLLIANCE, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES FOREST SERVICE,<br><br>Defendant<br><br>And<br><br>THE INTERNATIONAL SNOWMOBILE MANUFACTURER'S ASSOCIATION, et al.,<br><br>Defendant-Intervenors. | CASE NO. 2:11-cv-02921-MCE-DAD<br><br><br><br><br><br><br>**ORDER ON JOINT MOTION FOR EXTENSION OF TIME** |

This matter comes before the Court upon the Parties' Joint Motion for Extension of Time to file Joint Status Report (ECF No. 39).

Good cause appearing therefore, IS HEREBY ORDERED:

1. The Parties' Motion is hereby GRANTED;

2. The Parties' Joint Status Report required in accordance with this Court's Order Requiring Joint Status Report (ECF No. 7), is due December 7, 2012.

**IT IS SO ORDERED.**

Dated: November 21, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE