UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SNOWLANDS NETWORK, WINTER WILDLANDS ALLLIANCE, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>    Plaintiffs<br><br>    v.<br><br>UNITED STATES FOREST SERVICE,<br><br>    Defendant<br><br>    And<br><br>THE INTERNATIONAL SNOWMOBILE MANUFACTURER'S ASSOCIATION, et. al.,<br><br>    Defendant-Intervenors | CASE NO. 2:11-cv-02921-MCE-DAD<br><br><br><br><br><br><br><br>ORDER |

The Court is in receipt of the Parties' joint request for extension of litigation deadlines pending settlement (ECF No. 54). Good cause appearing, the Parties' request is GRANTED, and IT IS HEREBY ORDERED that the litigation deadlines proposed in the Parties' Joint Status Report dated January 25, 2013 are extended as follows:

1)     Federal Defendants shall certify and lodge the Administrative Record with the Court on or before **August 23, 2013**.  The Administrative Record shall be submitted in portable document format ("pdf") on compact disk(s) ("CD") or digital video disk(s) ("DVD").  Federal Defendant shall provide one copy of the Administrative Record to Plaintiffs and Defendant-Intervenors on CD or DVD.

2)     Plaintiffs and Defendant-Intervenors shall provide Federal Defendant with any objections to the completeness or adequacy of the Administrative Record on or before **September 27, 2013**.  The Parties shall conclude informal resolution of any objections regarding the contents of the Administrative Record on or before **October 11, 2013**.

3)     Plaintiffs shall provide any declarations regarding standing on or before **October 11, 2013**.

4)     If the Parties are unable to resolve any dispute concerning the completeness or adequacy of the Administrative Record as described in Paragraph 2, any motion regarding the completeness or adequacy of the administrative record must be filed on or before **October 25, 2013**.  Any oppositions and replies shall be filed in accordance with U.S. District Court for the Eastern District of California Local Rule 230.

5)     Plaintiffs' motion for summary judgment shall be due on or before **December 20, 2013 or 35 days after a decision by the Court if any record motions are filed pursuant to paragraph 4 above**.

6) Federal Defendant's and Defendant-Intervenors' response briefs and cross-motions for summary judgment shall be due **35 days after Plaintiffs' motion is filed**.

7) Plaintiffs' response to Defendant's and Defendant-Intervenors' motion for summary judgment and reply in support of Plaintiffs' motion for summary judgment shall be due **21 days after Defendant's and Defendant Intervenors' response briefs and cross-motions are filed**.

8) Defendant's and Defendant-Intervenor's reply briefs in support of their motions for summary judgment will be due **21 days after Plaintiffs' response/reply brief is filed**.

IT IS SO ORDERED.

Dated: August 21, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT