UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SNOWLANDS NETWORK, WINTER WILDLANDS ALLLIANCE, and CENTER FOR BIOLOGICAL DIVERSITY,  )<br><br>         Plaintiffs )<br><br>              v. )<br><br>UNITED STATES FOREST SERVICE, )<br><br>         Defendant )<br><br>         And )<br><br>THE INTERNATIONAL SNOWMOBILE MANUFACTURER'S ASSOCIATION, et. al., )<br><br>         Defendant-Intervenors ) | CASE NO. 2:11-cv-02921-MCE-DAD<br><br><br>ORDER VACATING LITIGATION DEADLINES AND APPROVING SETTLEMENT |

This matter comes before the Court upon the Parties' Motion to Vacate Litigation Deadlines Pending Settlement (ECF No. 56) and the Notice of Settlement (ECF No. 57). Pursuant to the parties' representation, the Court has determined that this case is settled and therefore ORDERS as follows:

///

///

1. The parties' joint Motion to Vacate Litigation Deadlines (ECF No. 56) is GRANTED, and all deadlines contained in the Court's scheduling order dated August 23, 2013 (ECF No. 55) are VACATED.

2. The Settlement Agreement executed by the Parties, (ECF No. 57-1), is APPROVED and entered as an order of the Court.

3. Pursuant to the terms of the Settlement Agreement, Plaintiffs shall file dispositional documents within fourteen (14) days from the date this Order is filed electronically.

IT IS SO ORDERED.

Dated:  August 30, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT