UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SNOWLANDS NETWORK, WINTER WILDLANDS ALLLIANCE, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>     Plaintiffs<br><br>          v.<br><br>UNITED STATES FOREST SERVICE,<br><br>     Defendant<br><br>     And<br><br>THE INTERNATIONAL SNOWMOBILE MANUFACTURER'S ASSOCIATION, et. al.,<br><br>     Defendant-Intervenors | CASE NO. 2:11-cv-02921-MCE-DAD |

**ORDER APPROVING STIPULATION OF DISMISSAL**

This matter comes before the Court upon the Parties' Stipulation of Dismissal (Dkt. #59).

The Parties' Stipulation of Dismissal (Dkt. #59) IS HEREBY APPROVED.  This case is dismissed with prejudice.  The Court will retain jurisdiction over this case for the sole purpose of enforcing compliance with the terms of the Settlement Agreement or resolving any disputes concerning the implementation of the Settlement Agreement.  The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  September 20, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT