UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SNOWLANDS NETWORK, WINTER WILDLANDS ALLLIANCE, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>　　　　Plaintiffs<br><br>　　　　v.<br><br>UNITED STATES FOREST SERVICE,<br><br>　　　　Defendant<br><br>　　　and<br><br>THE INTERNATIONAL SNOWMOBILE MANUFACTURER'S ASSOCIATION, et. al.,<br><br>　　　　Defendant-Intervenors | CASE NO. 2:11-cv-02921-MCE-DAD |

### ORDER APPROVING AMENDED SETTLEMENT

The Court is in receipt of the Parties' Notice of Amended Settlement (ECF No. 61). The Amended Settlement Agreement executed by the Parties (ECF No. 61-1), IS HEREBY APPROVED and entered as an order of the Court.

IT IS SO ORDERED.

Dated:  June 1, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT