UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SNOWLANDS NETWORK, WINTER WILDLANDS ALLIANCE, and CENTER FOR BIOLOGICAL DIVERSITY, <br><br> **Plaintiffs** <br><br> v. <br><br> UNITED STATES FOREST SERVICE, <br><br> **Defendant** <br><br> And <br><br> THE INTERNATIONAL SNOWMOBILE MANUFACTURER'S ASSOCIATION, et. al., <br><br> **Defendant-Intervenors** | CASE NO. 2:11-cv-02921-MCE-DAD |

### ORDER APPROVING SECOND AMENDED SETTLEMENT

This matter comes before the Court upon the Parties' Notice of Second Amended Settlement (ECF No. 64).

The Second Amended Settlement Agreement executed by the Parties (ECF No. 64-1), IS HEREBY APPROVED and entered as an order of the Court.

IT IS SO ORDERED.

Dated:  November 9, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT