UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SNOWLANDS NETWORK, WINTER WILDLANDS ALLIANCE, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiffs<br><br>v.<br><br>UNITED STATES FOREST SERVICE,<br><br>Defendant<br><br>And<br><br>THE INTERNATIONAL SNOWMOBILE MANUFACTURER'S ASSOCIATION, et. al.,<br><br>Defendant-Intervenors | CASE NO. 2:11-cv-02921-MCE-DAD |

## ORDER APPROVING THIRD AMENDED SETTLEMENT

This matter comes before the Court upon the Parties' Notice of Third Amended Settlement (Dkt. #69).

The Third Amended Settlement Agreement executed by the Parties (ECF No. 69-1), IS HEREBY APPROVED and entered as an order of the Court.

IT IS SO ORDERED.

Dated: August 28, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE