United States District Court
Eastern District of California

Snowlands Network, et al.

Plaintiff(s)

V.

United States Forest Service

Defendant(s)

Case Number: 2:11-cv-2921 DAD CKD

APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Isabella M. Eldridge hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

BlueRibbon Coalition, Inc. - Defendant Intervenor

On 02/26/2025 (date), I was admitted to practice and presently in good standing in the United States District Court District of Utah (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 09/22/2026 Signature of Applicant: /s/ Isabella M. Eldridge

**Pro Hac Vice Attorney**

Applicant's Name: Isabella M. Eldridge

Law Firm Name: BlueRibbon Coalition, Inc.

Address: 800 W. Main Street, Ste 1460

City: Boise State: ID Zip: 83702

Phone Number w/Area Code: (405) 464-9060

City and State of Residence: Norman, Oklahoma

Primary E-mail Address: bella.eldridge@blueribboncoalition.org

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: David Hubbard

Law Firm Name: Gatzke Dillon & Ballance LLP

Address: 2762 Gateway Rd

City: Carlsbad State: CA Zip: 92009

Phone Number w/Area Code: (760) 431-9501 Bar # 148660

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: October 8, 2026

Dale A. Drozd

JUDGE, U.S. DISTRICT COURT